```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 33856
    LILLIE MAE MAYZE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-8369

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/25/2005 and was confirmed 12/08/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
UNION AUTO                 SECURED            2000.00          .00         2000.00
UNION AUTO                 UNSEC W/INTER      1304.48       156.49           80.62
EMC MORTGAGE               CURRENT MORTG         .00           .00             .00
EMC MORTGAGE               MORTGAGE ARRE      5465.39          .00         5465.39
CITY OF CHICAGO DEPT OF    UNSEC W/INTER   NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSEC W/INTER       520.00        54.40           32.14
CITY OF CHICAGO WATER DE   SECURED NOT I       182.61          .00             .00
COMMONWEALTH EDISON        UNSEC W/INTER   NOT FILED           .00             .00
AMERICAS FINANCIAL CHOIC   UNSEC W/INTER       307.65        36.95           19.01
GFG LOAN CO                UNSEC W/INTER   NOT FILED           .00             .00
NATIONWIDE ACCEPTANCE~     UNSEC W/INTER       812.91        31.77           50.24
NCO FINANCIAL SYSTEMS      UNSEC W/INTER   NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER   NOT FILED           .00             .00
ILLINOIS DEPT OF HUMAN S   UNSEC W/INTER      1988.00       238.56          122.86
NATIONWIDE ACCEPTANCE~     SECURED NOT I       649.20          .00             .00
DOLLIE I WARREN REED       DEBTOR ATTY        1,650.00                     1,650.00
TOM VAUGHN                 TRUSTEE                                            561.57
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   10,500.00

PRIORITY                                                  .00
SECURED                                              7,465.39
UNSECURED                                              304.87
    INTEREST                                           518.17
ADMINISTRATIVE                                       1,650.00
TRUSTEE COMPENSATION                                   561.57
DEBTOR REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 33856 LILLIE MAE MAYZE
```

```
                                ---------------      ---------------
TOTALS                              10,500.00           10,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE